UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL JOS OLDER, et al.,

Plaintiffs,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 26-cv-12115-ASK

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Vince Chhabria for consideration of whether the case is related to *Kadrey et al. v. Meta Platforms, Inc.*, Case No. 3:23-cv-03417-VC.

**IT IS SO ORDERED.**

Dated: October 26, 2026

AJAY KRISHNAN
United States Magistrate Judge

United States District Court
Northern District of California